

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
WILLIAM FRIEDLAND v. 601 WEST 149TH STREET, INC., et al.— In the Matter of WILLIAM FRIEDLAND v. D. & J. FREIBERGER, ESQS., et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES COOK.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAM, JR.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
ANNA ROTHOUSE v. ASSOCIATION OF LAKE MOHEGAN PARK PROPERTY OWNERS, INC.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
LOUIS STONE v. WILLIAM ANDACHT, INC.—

Concur — Botein, P. J., Breitel, Rabin, Valente, and McNally, JJ.
In the Matter of JACOB KOTCHER v. NATIONAL FAMILY STORES CORPORATION et al.— Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.
In the Matter of PAUL HOLLY, Deceased. JAN HOLLY; PAUL CARLSSON.